## CAUSIN *vs.* TAYLOR.

HELD, That this Court will not issue a certiorari, on motion of the defendant in error, after he has filed a joinder in error; nor permit him to withdraw his joinder; but they will *ex officio* issue the writ, for the purpose of affirming, though not to reverse.